Unsealed on 8/13/2021 - A.G.
~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANCISCO ORTIZ,<br><br>　　　　　Defendant. | Case No.: '21 MJ03257<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm<br><br>21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about January 26, 2020, within the Southern District of California, defendant FRANCISCO ORTIZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a SCCY Industries, model CPX-1, 9-millimeter pistol with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about January 26, 2020, within the Southern District of California, defendant FRANCISCO ORTIZ, did knowingly and intentionally possess, with intent to distribute, 5 grams and more of methamphetamine (actual), to wit: approximately 18.30 grams of

methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841 (a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
ARNESHA B. BAHN
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 9th day of August, 2021.

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to me or state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about January 26, 2021, while investigating an attempted murder, San Diego Police Department (SDPD) officers searched for a suspect identified as M.C., a Hispanic male with brown hair and brown eyes. Officers reported to M.C.'s mother's residence located at on 53rd St in San Diego, within the Southern District of California. While searching the parking lot, officers located a vehicle. Records checks revealed the vehicle's owner bore the same last name as the suspect, and the vehicle had been registered to the suspect's mother's address.

As officers were walking past the vehicle, they observed a Hispanic male fitting the description of M.C. sitting in the passenger seat. The passenger, whom officers later identified as East San Diego criminal street gang member Francisco ORTIZ ("ORTIZ"), attempted to conceal his face, at which point an older female entered the vehicle and drove off at a high rate of speed.

Officers pursued the vehicle and later located it parked at 5202 El Cajon Blvd., located within the Southern District of California. Officers contacted ORTIZ and asked him for his name. ORTIZ refused to provide officers with his name. Officers asked ORTIZ to step out of the vehicle to confirm his identity. As ORTIZ exited the vehicle, officers observed in plain view, a pistol on the floorboard leaning against the passenger seat where ORTIZ had been sitting. Officers confirmed ORTIZ's identity using previous booking photos. A records search for ORTIZ revealed he had an active Fourth Amendment waiver condition as part of being on probation/parole. Furthermore, ORTIZ was on bail for two separate cases.

Officers recovered the firearm and identified it as a SCCY Industries, model CPX - 1, 9-millimeter (mm) pistol with an obliterated serial number. The firearm had been loaded

with a magazine containing seven (7) rounds of 9 mm ammunition. Officers also located a bag laying on the floorboard adjacent to the passenger seat. Officers searched the bag and located a baggie containing a white crystalline substance (18.30g gross) that preliminarily tested positive for methamphetamine.

Preliminary records checks on ORTIZ revealed the following relevant criminal history, though subsequent database queries may reveal additional criminal history:

| CONVICTION DATE | COURT | CHARGE | PRISON TERM |
|---|---|---|---|
| 03/11/2015 | CASC – San Diego | Cnt 1: VC10851(A) – Unlawful take and drive a vehicle (Felony) | 3 Years' Prison |
| 05/23/2017 | CASC - Ontario | Cnt 9: 69 (PC) – Obstruct Resist Executive Officer (Felony) | 2 Years' Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in and/or affected interstate commerce to arrive in the state of California.