FILED
May 25 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ charlest  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO ORTIZ,<br><br>　　　　Defendant. | Case No. 21CR2503-GPC<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Methamphetamine; Title 18, U.S.C., Sec. 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1); and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about January 26, 2020, within the Southern District of California, defendant FRANCISCO ORTIZ, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded SCCY Industries, model CPX-1, 9-millimeter pistol with an

BJK:cms:San Diego:5/24/22

obliterated serial number and seven (7) rounds of 9 mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## Count 2

On or about January 26, 2020, within the Southern District of California, defendant FRANCISCO ORTIZ, did knowingly and intentionally possess, with intent to distribute, 5 grams and more of methamphetamine (actual), to wit: approximately 18.30 grams of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841 (a)(1).

## Count 3

On or about January 26, 2020, within the Southern District of California, defendant FRANCISCO ORTIZ, in furtherance of a drug trafficking crime, namely possessing with the intent to distribute methamphetamine as charged in Count two, did knowingly possess a firearm, that is, a SCCY Industries, model CPX-1, 9-millimeter pistol with an obliterated serial number; in violation of Title 18, United States Code, Section 924(c)(1)(A).

//
//
//
//
//
//
//
//
//

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 3 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

1. Upon conviction of one and more of the offenses alleged in Counts 1, 2, and 3 of this Indictment, defendant FRANCISCO ORTIZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses. The properties to be forfeited include, but are not limited to the following: a SCCY Industries, model CPX-1, 9-millimeter pistol with an obliterated serial number, a magazine, approximately seven (7) rounds of 9mm ammunition.

2. Upon conviction of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendant FRANCISCO ORTIZ shall forfeit to the United States all rights, title, and interest in any and all property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 2 of this Indictment. The property to be forfeited includes, but is not limited to: a SCCY Industries, model CPX-1, 9-millimeter pistol with an obliterated serial number, a magazine, and approximately seven (7) rounds of 9mm ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant FRANCISCO ORTIZ a. cannot be located upon the exercise of due diligence; b. has been transferred or sold to, or deposited with, a third party; c. has been placed beyond the jurisdiction of the Court; d. has been substantially diminished in value; or e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

DATED: May 25, 2022.

RANDY S. GROSSMAN
United States Attorney

By: [signature] for
BRANDON J. KIMURA
Assistant U.S. Attorney