**THEO TORRES**
California Bar No. 324059
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-8893
Telephone: (619) 546-7996
Theo_Torres@fd.org

Attorneys for Francisco Ortiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ORTIZ,<br><br>Defendant | Case No.: 21-CR-2503-GPC<br><br>Hon. Gonzalo P. Curiel<br>Date: TBD<br>Time: TBD<br><br>**UNOPPOSED SUPPLEMENTAL MOTION TO COMPEL DISCOVERY** |

COMES NOW, Francisco Ortiz, by and through his counsel Theo Torres, and Federal Defenders of San Diego, Inc., who now moves to compel additional discovery relating to forensic evidence in this case—specifically certain DNA-related materials from the San Diego Police Department Crime Lab.

Defense counsel previously filed a motion to compel discovery regarding DNA evidence in Mr. Ortiz's case. Dkt. 65. Among other items, that motion requested the production of validation materials regarding the testing laboratory, its procedures, and its employees. *Id.* at 4.

//

//

Counsel for the government has endeavored to secure this discovery and produce it to the defense. However, the San Diego Police Department Crime Lab has informed the government that—due to state-law privacy concerns—it will not produce these materials without a court order. In particular, the lab will not produce:

> 1) records regarding training and competency testing required to maintain the lab's accreditation for any witness designated by the government in this case or whom performed work as part of this case; and
>
> 2) records related to proficiency testing of its any witness designated by the government in this case or whom performed work as part of this case using the probabilistic genotyping software at issue in this case (STRmix and VARNOC).

The defense believes (and the government does not oppose) that this material is relevant to a potential *Daubert* challenge to the DNA testing employed in Mr. Ortiz's case, as well as potential cross-examination at trial. Accordingly, the United States does not oppose this motion.

In light of the privacy concerns at play, the parties further agree that this discovery should be disclosed under the existing protective order under the "Sensitive" designation. Dkt. 23.

                                                Respectfully submitted,

Dated:  May 15, 2023                    /s/Brandon Kimura
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

Dated:  May 15, 2023                    /s/ Theo Torres
                                                Federal Defenders of San Diego Inc.
                                                Counsel for Francisco Ortiz