UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FRANCISCO ORTIZ,<br><br>  Defendant. | CASE NO.  21CR2503-GPC<br><br>**ORDER GRANTING THE MOTION TO COMPEL DISCOVERY**<br><br>**[ECF No. 107]** |

**IT IS HEREBY ORDERED** that the supplemental motion to compel discovery **is granted**. The government must produce the following materials:

   1) records regarding training and competency testing required to maintain the lab's accreditation for any witness designated by the government in this case or whom performed work as part of this case; and

   2) records related to proficiency testing of its any witness designated by the government in this case or whom performed work as part of this case using the probabilistic

genotyping software at issue in this case (STRmix and VARNOC).

The discovery produced is to be disclosed under the existing protective order under the "Sensitive" designation.

**IT IS SO ORDERED**.

Dated:  June 6, 2023

Hon. Gonzalo P. Curiel
United States District Judge