TARA K. MCGRATH
United States Attorney
BRANDON KIMURA
JAMES MIAO
California Bar No. 241220
California Bar No. 326477
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9614
Brandon.Kimura@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.s: 21CR2503-GPC |
| Plaintiff, | |
| v. | **UNITED STATES' MOTION TO DISMISS** |
| FRANCISCO ORTIZ, Defendant | |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Tara K. McGrath, United States Attorney, and Brandon J. Kimura, Assistant United States Attorney, respectfully requests that Count 1 of the Superseding Indictment against Defendant Francisco Ortiz in the above-cited case be dismissed without prejudice.

The United States moves to dismiss the case against Defendant. Given the prior trial in this case and the legal and factual issues presented, the United States moves to dismiss in the interest of justice after review of the time and resources necessary to prosecute the case.

1

2

DATED:  October 7, 2024                    Respectfully submitted,

3

4                                                    TARA K. MCGRATH
                                                     United States Attorney
5

6
                                                     /s/Brandon J. Kimura
7                                                    BRANDON J. KIMURA
                                                     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7
8
9

| UNITED STATES OF AMERICA, | Case No.s: 21CR2503-GPC |
|---|---|
| Plaintiff, | |
| v. | **Certificate of Service** |
| FRANCISCO ORTIZ,<br>Defendant | |

10

IT IS HEREBY CERTIFIED THAT:

11

I, Brandon J. Kimura, am a citizen of the United States and am at least eighteen

12

years of age.  My business address is 880 Front Street, Room 6293, San Diego,

13

California 92101-8893.  I am not a party to the above-entitled action.  I have caused

14

service of the United States' Motion to Dismiss, on the following parties by

15

electronically filing the foregoing with the Clerk of the U.S. District Court for the

16

Southern District of California using its ECF System, which electronically notifies

17

them:

18

Theo Torres, Esq.

19

I declare under penalty of perjury that the foregoing is true and correct.

20
21

Executed on October 7, 2024.

22
23
24

/s/Brandon J. Kimura
BRANDON J. KIMURA
Assistant United States Attorney

25
26
27
28