# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-2503-GPC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| FRANCISCO ORTIZ, | |
| Defendant | [ECF No. 211] |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Count 1 of the Superseding Indictment against Francisco Ortiz, in the above referenced case is dismissed without prejudice. Further, bond is exonerated.

IT IS SO ORDERED.

Dated: October 7, 2024

Hon. Gonzalo P. Curiel
United States District Judge