# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>FRANCISCO ORTIZ,<br><br>                              Defendant. | Case No. 21-CR-2503-GPC<br><br>JUDGMENT OF DISMISSAL |

**FILED**
OCT 0 7 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____gc_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice as to Count 1 of the Superseding Indictment; and

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty of Counts 2 and 3 of the Superseding Indictment;

☒ of the offense(s) as charged in the Superseding Indictment:

Count 1 - 18:922(g)(1),924(a)(2); 21:853,18:924(d),28:2461(c) - Felon in Possession of a Firearm; Criminal Forfeiture

Count 2 - 21:841(a)(1);21:853,18:924(d),28:2461(c) - Possession with Intent to Distribute Methamphetamine; Criminal Forfeiture

Count 3 -18:924(c)(1)(A); 21:853,18:924(d),28:2461(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Criminal Forfeiture

Dated: 10/7/2024

Hon. Gonzalo P. Curiel
United States District Judge